**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7709**

---

JASON L. SMITH,

Plaintiff - Appellant,

versus

PAMELA HOLCOMB; JIM DOOLEY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, Magistrate Judge.
(CA-95-359-R)

---

Submitted:  February 27, 1997      Decided:  March 13, 1997

---

Before MURNAGHAN, NIEMEYER, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jason L. Smith, Appellant Pro Se.  Stacey Rae Moreau, WILLIAMS, STILWELL, MORRISON, WILLIAMS & LIGHT, Danville, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jason L. Smith appeals the magistrate judge's[*] order granting Defendants summary judgment and denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. Smith v. Holcomb, No. CA-95-359-R (W.D. Va. Oct. 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] This case was presented to a United States Magistrate Judge pursuant to the consent of the parties entered under the authority of 28 U.S.C. § 636(c) (1994).

2